Memorandum Opinion issued January 23, 2003








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00546-CV

____________


EDDIE MAHAFFEY, Appellant


V.


CHARLES H. GRINDSTAFF, Appellee






On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 95-34031






MEMORANDUM OPINION

 Appellant has filed a motion to dismiss his appeal. Appellant represents to the
Court that appellee is not opposed to the motion. No opinion has issued. 
Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App. P.
42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.